UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TROY ANTHONY FRANCIS GORDON,

                Plaintiff,

v.                                      **REFERRAL ORDER**
                                            09-CV-709S

MARTIN HERRON, et al.,

                Defendant(s).

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), this case is hereby referred to Honorable Victor Bianchini, United States Magistrate Judge, for all proceedings necessary to a determination of the factual and legal issues presented herein, and to prepare and submit a report and recommendation containing findings of fact, conclusions of law and a recommended disposition of the case.

All papers shall be field with the Clerk of Court and made returnable before the Magistrate Judge.

The parties are encouraged to consider the provisions of 28 U.S.C. § 636(c) governing consent to complete disposition of the case by the Magistrate Judge.

SO ORDERED.

Dated:    March 15, 2010
             Buffalo, New York

                                                          s/William M. Skretny
                                                       WILLIAM M. SKRETNY
                                                            Chief Judge
                                            United States District Court